IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| DISCIPLINE OF JANICE SHELBURNE ) | |
| HAAGENSEN, ATTORNEY PA I.D. NO. ) | |
| 49982 A MEMBER OF THE BAR OF THE ) | Miscellaneous No. 09-310 |
| UNITED STATES DISTRICT COURT FOR ) | |
| THE WESTERN DISTRICT OF ) | |
| PENNSYLVANIA ) | |

ORDER

AND NOW, this 1(th) day of May, 2011, IT IS HEREBY ORDERED the Motion for Relief, or in the alternative, to Stay [document #15] is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record